**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Flagstaff**

**MAGISTRATE JUDGE'S MINUTES**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 13 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 2/12/2004 CASE NUMBER: 04-4028M

USA vs. Peter Clark

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Joseph Lodge INTERPRETER ___
LANGUAGE ___

Attorney for Defendant ___
MATERIAL WITNESS(es): ___
MATERIAL WITNESS(es) state true name(s) to be: ___
Attorney for Material Witness ___

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 2-11-04
☒ Financial Afdvt taken
☐ Rule 5 (c)(3)

☒ Initial Appearance
☐ No Financial Afdvt taken
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for: 2-17-04 at 10:00 AM
Before: MAGISTRATE JUDGE VERKAMP
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released ___
☐ Defendant continued detained pending trial
☐ Flight risk ☐ Danger

**REMOVAL HEARING/ID:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.
☐ Defendant ordered released ___

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for: 2-17-04 at 10:00 AM
Before: MAGISTRATE JUDGE VERKAMP
☐ Probable cause found ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: ___
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: Based on financial affidavit court orders defendant be appointed counsel for all further proceedings. Daniel B. Kaiser accepts appointment of counsel on February 12, 2004.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 ___ will commence on ___ thru ___ for a total of ___ days.

RECORDED: Cass. CS 50003
BY: Christina Hurley
Magistrate Courtroom Clerk

AUSA/CNSL/JUDGE/PTS