AO 470 (8/85) Order of Temporary Detention

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 13 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.

PETER CLARK
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CASE NUMBER: 04-4028M

Upon motion of the Government, it is ORDERED that a detention hearing and preliminary hearing is set for Tuesday, February 17, 2003 (Date) at 10:00 a.m. (Time)

before the Honorable Stephen L. Verkamp, United States Magistrate Judge
Name of Judicial Officer

United States District Court, 123 North San Francisco Street, Flagstaff, Arizona
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (______

______) and produced for the hearing.
Other Custodial Official

February 12, 2004
Date

Judicial Officer
STEPHEN L. VERKAMP
U.S. Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f) (2).

A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

USM/JUDGE/CCJ/CNSL

4

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on February 17, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By ______________________ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_VZDKSXvnXwW_