**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Flagstaff**

**MAGISTRATE JUDGE'S MINUTES**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 17 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 2/17/2004 CASE NUMBER: 04-4028M

USA vs. Peter Clark

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Mark Aspey INTERPRETER___
LANGUAGE___

Attorney for Defendant Daniel Kaiser (Appointed for Flagstaff proceedings only)
MATERIAL WITNESS(es): ___
MATERIAL WITNESS(es) state true name(s) to be: ___
Attorney for Material Witness ___

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA___
☐ Financial Afdvt taken
☐ Rule 5 (c)(3)
☐ Initial Appearance
☐ No Financial Afdvt taken
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| DETENTION HEARING: | REMOVAL HEARING/ID: |
|---|---|
| ☒ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released___<br>☒ Defendant continued detained pending trial<br>☐ Flight risk ☒ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued.<br>☐ Defendant ordered released ___ |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br>☒ Probable cause found ☐ Dismissed<br>☒ Held to answer before District Court | **STATUS HEARING:** re:___<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: Appointment of counsel scheduled for February 24, 2004 at 11:00 am before Magistrate Judge Mathis.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on __ thru __ for a total of __ days.

RECORDED: Cass. CS 50003
BY: Christina S. Hurley
Deputy Clerk

6

AUSA | PTS | CNSL | JUDGE | USM | F cm