UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 25 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

DATE: 2/24/2004 CASE NUMBER: 04-04028M-001

USA vs. Peter Clark

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS #: 70BF

A.U.S. Attorney Michael Somsan INTERPRETER ___
LANGUAGE ___

Attorney for Defendant Michael Reeves, (NEW APPOINTMENT)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA___
☐ Financial Afdvt taken
☐ Rule 5(c)(3)
☐ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☒ **Appointment of counsel hearing held**
☐ Financial Afdvt sealed

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released ___
☐ Defendant continued detained pending trial
☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: ___
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: ___

RECORDED by Courtsmart
BY: Lynne Scott
Deputy Clerk

8